THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SPERIE BARTHOLOMEO, Appellant.

*Crimes — burglary and grand larceny — judgment of conviction affirmed.*

People v. *Bartholomeo*, 209 App. Div. 851, affirmed.

(Argued October 9, 1924; decided October 24, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 24, 1924, which affirmed a judgment of the Monroe County Court, rendered upon a verdict convicting the defendant of the crimes of burglary in the third degree and grand larceny in the second degree.

*Charles E. Callahan* for appellant.

*William F. Love,* District Attorney (*Ray F. Fowler* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.